Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 16−24776−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Capote
   309 49TH STREET APT 3
   Union City, NJ 07087

Social Security No.:
   xxx−xx−3780

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/5/17 at 10:30 AM

to consider and act upon the following:

33 − Objection to Debtor's Claim of Exemptions on Amended Schedule C (related document:32 Amended Schedule(s) : A/B,C,Summary of Schedules,Other Schedules re:Schedules A/B/C Declaration of Debtor Summary of Schedules filed by Robert B Davis on behalf of Antonio Capote. filed by Debtor Antonio Capote) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 3/13/17

                                                           Jeanne Naughton
                                                           Clerk, U.S. Bankruptcy Court