Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−24776−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Antonio Capote
  309 49TH STREET APT 3
  Union City, NJ 07087

Social Security No.:
  xxx−xx−3780

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on April 17, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 47 − 35
Order Granting Application to Employ Edgar Navarrette as Special Counsel to the Debtor. (Related Doc # 35). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/17/2017. (rah)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 17, 2017
JAN: rah

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio Capote  
    Debtor

Case No. 16-24776-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Apr 17, 2017  
                  Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.  
sp          +Edgar Navarrette,    Alonso & Navarrette,    6121 John F. Kennedy Boulevard,  
     North Bergen, NJ 07047-3483

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
        Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com,   nmm@kkmllp.com  
        Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as  
     Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT  
     kbo@kkmllp.com,   nmm@kkmllp.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert B Davis    on behalf of Debtor Antonio  Capote Rob@davislawcenterllc.com,   rbdesq@gmail.com  
                                                                                                                  TOTAL: 5