UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DAVIS LAW CENTER, LLC
ROBERT B. DAVIS, ESQ. NJB 001482005
551 SUMMIT AVENUE
JERSEY CITY, NJ 07306
(973) 315-7566
Attorney for Debtor

Order Filed on April 17, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
ANTONIO CAPOTE

Case No.: 16-24776

Chapter: 13

Judge: RG

**ORDER AUTHORIZING RETENTION OF**

EDGAR NAVARRETTE

The relief set forth on the following page is **ORDERED**.

**DATED: April 17, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____EDGAR NAVARRETTE_____

as _____Personal Injury Legal Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:  Alonso & Navarrette
   
   6121 John F. Kennedy Boulevard
   
   North Bergen, NJ 07047

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-24776-RG
Antonio Capote                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Apr 17, 2017
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2017.
db              +Antonio Capote,    309 49TH STREET APT 3,    Union City, NJ 07087-5132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com, nmm@kkmllp.com
      Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT kbo@kkmllp.com, nmm@kkmllp.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Robert B Davis    on behalf of Debtor Antonio  Capote Rob@davislawcenterllc.com, rbdesq@gmail.com
                                                                           TOTAL: 5