UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DAVIS LAW CENTER, LLC
ROBERT B. DAVIS, ESQ. (001482005)
551 SUMMIT AVENUE
JERSEY CITY, NJ 07306
ATTORNEYS FOR DEBTOR
(973) 315-7566

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTONIO CAPOTE

Case No.:    16-24776

Chapter:    13

Judge:    RG

### ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/11/16_____ :

Property:     309 49TH STREET, UNION CITY, NJ 07087

Creditor:     EMIGRANT MORTGAGE

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____5/1/17_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/1/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*