UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DAVIS LAW CENTER, LLC
ROBERT B. DAVIS, ESQ. (001482005)
551 SUMMIT AVENUE
JERSEY CITY, NJ 07306
ATTORNEYS FOR DEBTOR
(973) 315-7566

Order Filed on May 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTONIO CAPOTE

Case No.:   16-24776

Chapter:   13

Judge:   RG

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 11, 2017**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/11/16_____ :

Property:      309 49TH STREET, UNION CITY, NJ 07087

Creditor:      EMIGRANT MORTGAGE

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____5/1/17_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____8/1/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio Capote  
    Debtor

Case No. 16-24776-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 11, 2017  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2017.  
db      +Antonio Capote,    309 49TH STREET APT 3,    Union City, NJ 07087-5132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2017 at the address(es) listed below:

     Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com, nmm@kkmllp.com  
     Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT kbo@kkmllp.com, nmm@kkmllp.com  
     Marie-Ann Greenberg    magecf@magtrustee.com  
     Robert B Davis    on behalf of Debtor Antonio Capote Rob@davislawcenterllc.com, rbdesq@gmail.com

         TOTAL: 5