Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−24776−RG
                Chapter: 13
                Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Capote
   309 49TH STREET APT 3
   Union City, NJ 07087

Social Security No.:
   xxx−xx−3780

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/14/17 at 10:45 AM

to consider and act upon the following:

*56* − Certificate of Consent (related document:33 Objection to Debtor's Claim of Exemptions on Amended Schedule C (related document:32 Amended Schedule(s) : A/B,C,Summary of Schedules,Other Schedules re:Schedules A/B/C Declaration of Debtor Summary of Schedules filed by Robert B Davis on behalf of Antonio Capote. filed by Debtor Antonio Capote) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) filed by Trustee Marie−Ann Greenberg). Filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Greenberg, Marie−Ann)

Dated: 6/5/17

                                                  Jeanne Naughton
                                                  Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-24776-RG
Antonio Capote                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                Page 1 of 1              Date Rcvd: Jun 05, 2017
                                Form ID: ntchrgbk          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2017.
db         +Antonio Capote,    309 49TH STREET APT 3,    Union City, NJ 07087-5132
sp         +Edgar Navarrette,    Alonso & Navarrette,    6121 John F. Kennedy Boulevard,
             North Bergen, NJ 07047-3483
cr         +Emigrant Residential LLC,    Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road, Suite 590,
             Elmsford, NY 10523-2300
cr         +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
             565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karen B. Olson    on behalf of Creditor   Emigrant Residential LLC kbo@kkmllp.com,  nmm@kkmllp.com
          Karen B. Olson    on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
           kbo@kkmllp.com,  nmm@kkmllp.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert B Davis    on behalf of Debtor Antonio  Capote Rob@davislawcenterllc.com,  rbdesq@gmail.com
                                                                                             TOTAL: 5