| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |
|---|

**FILED**
JEANNE A. NAUGHTON, CLERK
JUN 14 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

| In Re:<br><br>ANTONIO CAPOTE |
|---|

Case No.: 16-24776

Hearing Date: 6-14-17

Judge: ROSEMARY GAMBARDELLA

**CONSENT ORDER RESOLVING STANDING TRUSTEE'S OBJECTION TO EXEMPTIONS**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

6-14-17

_____
Rosemary Gambardella
USBJ

Debtor: ANTONIO CAPOTE

Case No. 16-24776

Caption of Order: **CONSENT ORDER RESOLVING STANDING TRUSTEE'S OBJECTION TO EXEMPTIONS**

---

THIS MATTER having been consented to by all parties entitled to notice; and good and sufficient cause, it is hereby Stipulated and Ordered:

The objection of the Standing Trustee to the debtor's exemptions is hereby resolved as follows:

Whereas, Debtor previously filed a Ch. 7 case which was assigned case number 15-31717.
Whereas, Debtor failed to disclose a personal injury action in the prior case.
Whereas, Debtor filed the instant case and also failed to disclose the same personal injury action initially.
Whereas, Debtor then amended his schedules and the Standing Trustee objected to same.
Whereas, Debtor, Standing Trustee and the U.S. Trustee agree to the following:

- Debtor must move to approve the settlement of the personal injury action within 14 days of the entry of this order;
- Once the Bankruptcy Court has approved the settlement and disbursement of the personal injury action, special counsel shall tender $20,000 to the Standing Trustee of the net settlement of the personal injury action;
- The Standing Trustee shall set up a claim in the amount of $20,000 for the Ch. 7 trustee, Donald Biase. Regardless of whether the instant case is dismissed, the Standing Trustee may tender payment of $20,000 to the Ch. 7 trustee, less applicable trustee commissions.
- The Office of the United States Trustee shall undertake to re-open the Ch. 7 case, appoint the Ch. 7 trustee and allow for the administration of the asset in normal course.

The undersigned hereby consent to the form, content and entry of the within Consent Order.


/s/Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee


/s/Robert B. Davis
Robert B. Davis, Esq.
Attorney for Debtor

/s/Antonio Capote
Antonio Capote
Debtor


/s/Michael Artis
Office of the United States Trustee
Michael Artis, Esq.
Trial attorney