| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| MARIE-ANN GREENBERG, MAG-1284<br>MARIE-ANN GREENBERG, STANDING TRUSTEE<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>(973) 227-2840<br>Chapter 13 Standing Trustee |
| In Re:<br><br>ANTONIO CAPOTE |

**FILED**
JEANNE A. NAUGHTON, CLERK
JUN 14 2017
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

Case No.: 16-24776

Hearing Date: 6-14-17

Judge: ROSEMARY GAMBARDELLA

## CONSENT ORDER RESOLVING STANDING TRUSTEE'S OBJECTION TO EXEMPTIONS

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

6-14-17         _____
                  Rosemary Gambardella
                         USBJ

Debtor: ANTONIO CAPOTE

Case No. 16-24776

Caption of Order:    **CONSENT ORDER RESOLVING STANDING TRUSTEE'S OBJECTION TO EXEMPTIONS**

---

THIS MATTER having been consented to by all parties entitled to notice; and good and sufficient cause, it is hereby Stipulated and Ordered:

The objection of the Standing Trustee to the debtor's exemptions is hereby resolved as follows:

Whereas, Debtor previously filed a Ch. 7 case which was assigned case number 15-31717.
Whereas, Debtor failed to disclose a personal injury action in the prior case.
Whereas, Debtor filed the instant case and also failed to disclose the same personal injury action initially.
Whereas, Debtor then amended his schedules and the Standing Trustee objected to same.
Whereas, Debtor, Standing Trustee and the U.S. Trustee agree to the following:

- Debtor must move to approve the settlement of the personal injury action within 14 days of the entry of this order;
- Once the Bankruptcy Court has approved the settlement and disbursement of the personal injury action, special counsel shall tender $20,000 to the Standing Trustee of the net settlement of the personal injury action;
- The Standing Trustee shall set up a claim in the amount of $20,000 for the Ch. 7 trustee, Donald Biase. Regardless of whether the instant case is dismissed, the Standing Trustee may tender payment of $20,000 to the Ch. 7 trustee, less applicable trustee commissions.
- The Office of the United States Trustee shall undertake to re-open the Ch. 7 case, appoint the Ch. 7 trustee and allow for the administration of the asset in normal course.

The undersigned hereby consent to the form, content and entry of the within Consent Order.


/s/Marie-Ann Greenberg
Marie-Ann Greenberg, Esq.
Chapter 13 Standing Trustee


/s/Robert B. Davis
Robert B. Davis, Esq.
Attorney for Debtor

/s/Antonio Capote
Antonio Capote
Debtor


/s/Michael Artis
Office of the United States Trustee
Michael Artis, Esq.
Trial attorney

United States Bankruptcy Court
District of New Jersey

In re:  
Antonio Capote  
    Debtor

Case No. 16-24776-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jun 14, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.  
db        +Antonio Capote,   309 49TH STREET APT 3,   Union City, NJ 07087-5132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com,  nmm@kkmllp.com  
         Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT kbo@kkmllp.com,  nmm@kkmllp.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Robert B Davis    on behalf of Debtor Antonio  Capote Rob@davislawcenterllc.com,  rbdesq@gmail.com  
                                                                                                                                                 TOTAL: 5