Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                         Case No.: 16−24776−RG
                         Chapter: 13
                         Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Antonio Capote
  309 49TH STREET APT 3
  Union City, NJ 07087

Social Security No.:
  xxx−xx−3780

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/2/17 at 10:30 AM

to consider and act upon the following:

*63* − Objection to Motion re: Approve Settlement and Disburse Funds (related document:62 Motion re: Approve Settlement and Disburse Funds Filed by Robert B Davis on behalf of Antonio Capote. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Disbursement Breakdown # 4 Certificate of Service) filed by Debtor Antonio Capote) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/6/17

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court