Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 16−24776−RG
          Chapter: 13
          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Capote
   309 49TH STREET APT 3
   Union City, NJ 07087

Social Security No.:
   xxx−xx−3780

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/2/17 at 10:30 AM

to consider and act upon the following:

*63* − Objection to Motion re: Approve Settlement and Disburse Funds (related document:62 Motion re: Approve Settlement and Disburse Funds Filed by Robert B Davis on behalf of Antonio Capote. (Attachments: # 1 Proposed Order # 2 Certification # 3 Exhibit Disbursement Breakdown # 4 Certificate of Service) filed by Debtor Antonio Capote) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 7/6/17

                                                 Jeanne Naughton
                                                 Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-24776-RG
Antonio Capote                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 1              Date Rcvd: Jul 06, 2017
                              Form ID: ntchrgbk      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.
db         +Antonio Capote,    309 49TH STREET APT 3,    Union City, NJ 07087-5132
sp         +Edgar Navarrette,    Alonso & Navarrette,    6121 John F. Kennedy Boulevard,
             North Bergen, NJ 07047-3483
cr         +Emigrant Residential LLC,    Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road, Suite 590,
             Elmsford, NY 10523-2300
cr         +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
             565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com,  nmm@kkmllp.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
                kbo@kkmllp.com,  nmm@kkmllp.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert B Davis    on behalf of Debtor Antonio    Capote Rob@davislawcenterllc.com,  rbdesq@gmail.com
                                                                                             TOTAL: 5