UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2 (c)**

DAVIS LAW CENTER, LLC
Robert B. Davis, Esq. (NJ/001482005)
551 Summit Avenue
Jersey City, New Jersey 07306
Tel.: (973) 315-7566
Attorney Debtor

In Re

ANTONIO CAPOTE

**Debtor(s)**

Order Filed on September 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-24776

Chapter 13

Judge: RG

# ORDER GRANTING APPROVAL OF DISTRIBUTION OF SETTLEMENT PROCEEDS AND ATTORNEY FEES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: September 18, 2017**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

1

**Page 2**
Debtors: Antonio Capote
Case No.: 16-24776 RG
Caption of Order:   Order Approving Settlement and Disbursements

Upon the Motion of Debtor ANTONIO CAPOTE'S (hereinafter "Debtor") for and Order Approving the Settlement and Disbursement of Settlement Proceeds. The Court, having considered such motion, and for cause shown it is.

1. **THEREFORE, ORDERED** that the gross settlement amount of **$40,000.00** is hereby, approved, and that the settlement proceeds be disbursed in accordance with "Exhibit A" attached to *Debtor ANTONIO CAPOTE'S Motion for Approval of Settlement and Disbursement of Settlement Proceeds*.

2. **IT IS FURTHER ORDERED** that per the breakdown provided by Special Counsel as of September 6, 2017 should have collected **$35,000.00** from the Personal Injury Claim with a balance due to Debtor of **$5,000.00.**

3. **IT IS FURTHER ORDERED** that Special Counsel may deduct **$1,362.81** from the proceeds to pay the following expenses:

| Vendor Expense | Amount |
| --- | --- |
| Hospital Rep | $138.95 |
| Treasurer State of NJ | $250.00 |
| Action Subpoena | $52.95 |
| Health Portfolio (medical bill) | $16.91 |
| Mehling Orthopedic | $21.00 |
| Dr. Riccardi | $170.00 |
| Dr. Dachaque (exam & report) | $600.00 |
| Dr. Dachaque (addendum) | $100.00 |
| Child support search | $13.00 |
| **Total** | **$1,362.81** |

4. **IT IS FURTHER ORDERED:** After expenses are paid, Special Counsel may deduct from the Settlement Proceeds his 30% contingency fee in the amount of **$11,591.16.**

5. **IT IS FURTHER ORDERED:** that after the above described deductions are made, Debtor's remaining balance from the total amount Settlement Proceeds shall be **$27,046.03;**

6. **IT IS FURTHER ORDERED** that the Special Counsel shall immediately tender **$20,000.00** to the Standing Trustee from the escrowed funds he is holding in his

account, who shall then set up a claim in the amount of **$20,000.00** for the Chapter 7 Trustee Donald Biase, less applicable Trustee commissions;

7. **IT IS FURTHER ORDERED** that the Standing Trustee be paid **$20,000.00** from the net proceeds regardless of whether the instant case is dismissed

8. **IT IS FURTHER ORDERED** that the Special Counsel shall use the remaining funds to pay to Debtor exempt from the claims of creditors or Trustee.