Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  16−24776−RG
        Chapter:  13
        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Antonio Capote
   309 49TH STREET APT 3
   Union City, NJ 07087

Social Security No.:
   xxx−xx−3780

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/13/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 14, 2017
JAN: slm

        Jeanne Naughton
        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 16-24776-RG
Antonio Capote                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 1                 Date Rcvd: Dec 14, 2017
                              Form ID: 148             Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2017.
db         +Antonio Capote,    309 49TH STREET APT 3,    Union City, NJ 07087-5132
sp         +Edgar Navarrette,    Alonso & Navarrette,    6121 John F. Kennedy Boulevard,
             North Bergen, NJ 07047-3483
cr         +Emigrant Residential LLC,    Knuckles, Komosinski & Manfro, LLP,   565 Taxter Road, Suite 590,
             Elmsford, NY 10523-2300
cr         +Wilmington Savings Fund Society, FSB, doing busine,    Knuckles, Komosinski & Manfro, LLP,
             565 Taxter Road, Suite 590,    Elmsford, NY 10523-2300
516318816  +Alyssa Quiroga,    309 49th Street,    Apt 3,    Union City, NJ 07087-5132
516318817  +Emigrant Mortgage,    5 East 42nd Street,    New York, NY 10017-6904
516555281  +Emigrant Residential, LLC,    Knuckles, Komosinski & Manfro, LLP,    565 Taxter Road, Suite 590,
             Elmsford, New York 10523-2300
516342828  +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
516318819  +knuckles, komosinki & elliot, llp,    50 Tice Boulevard, Suite 183,
             Woodcliff Lake, NJ 07677-7681

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2017 22:45:14     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2017 22:45:11     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
516318818   E-mail/Text: bankruptcy.notices@hdfsi.com Dec 14 2017 22:45:38     Harley Davidson Credit Corp.,
             PO Box 22048,   Carson City, NV 89721-2048
516548507   EDI: RESURGENT.COM Dec 14 2017 22:28:00     LVNV Funding LLC,   c/o Resurgent Capital Services,
             PO Box 10587,   Greenville, SC  29603-0587
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karen B. Olson    on behalf of Creditor    Emigrant Residential LLC kbo@kkmllp.com, nmm@kkmllp.com
              Karen B. Olson    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-13ATT
               kbo@kkmllp.com,    nmm@kkmllp.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert B Davis    on behalf of Debtor Antonio  Capote Rob@davislawcenterllc.com,
               rbdesq@gmail.com;r62529@notify.bestcase.com
                                                                                             TOTAL: 5
```